MDL DOCKET NO. 1264

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN **JANUARY 12, 1999**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
JAN 28 1999
PATRICIA D. HOWARD
CLERK OF THE PANEL

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

X This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b). *Changed by phone call on 1-22-99*

~~This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.~~

12/15/98
Date

_Jeffrey C. Block_
Authorized Signature

\* \* \* \* \* \* \* \* \* \* \* \* \*

Name and Address of Attorney Designated to Present Oral Argument:

Jeffrey C. Block, Esq.
Berman, DeValerio & Pease LLP
One Liberty Square, 8th Floor
Boston, MA 02109

Telephone No.: (617) 542-8300

Party/Parties Represented: Plaintiff Philip Schier

RECEIVED CLERK'S OFFICE
1998 DEC 17 P 2:30
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

IMAGED FEB 5 1999

JPML Form 9 (7/94)

MDL DOCKET NO. 1264

TO:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     One Columbus Circle, NE
     Thurgood Marshall Federal Judiciary Building
     Room G-255, North Lobby
     Washington, DC 20002-8004

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **JANUARY 12, 1999**

FILED ON
MULTIDISTRICT LITIGATION
FILED

1999

PATRICIA D. HOWARD
CLERK OF THE PANEL

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

__X__ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

January 8, 1999                             _[signature]_
    Date                                  Authorized Signature

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Name and Address of Attorney Designated to Present Oral Argument:

    Ira M. Press, Esq.
    KIRBY McINERNEY & SQUIRE, LLP
    830 Third Avenue, 10th Floor
    New York, New York  10022
    (212) 371-6600

Telephone No.: __(212) 371-6600__

Party/Parties Represented:
Plaintiff, Lani Rothstein, Case No. 98 Civ. 7547 (S.D.N.Y.)

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (7/94)

# AFFIDAVIT OF SERVICE

MARISA SANELLI, being duly sworn, deposes and says:

I am not a party to this action, am over the age of 18 years, reside in Queens County, State of New York, and am employed by Kirby McInerney & Squire, LLP. On the 8th day of January, 1999, I served a true copy of the attached NOTICE OF PRESENTATION OF WAIVER OF ORAL ARGUMENT, by first class mail, postage pre-paid, upon:

Robert Abrams, Esq.
WOLF HALDENSTEIN ADLER FREEMAN
   & HERZ LLP
270 Madison Avenue
New York, NY 10016

Attorneys for Plaintiffs
Deborah S. Lewis and Sylvia Piven

William S. Lerach, Esq.
MILBERG WEISS BERSHAD HYNES
   & LERACH LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050

Attorneys for Plaintiff
Lani Rothstein

Daniel L. Berger, Esq.
BERNSTEIN LITOWITZ BERGER &
   GROSSMANN, LLP.
1285 Avenue of the Americas
33rd Floor
New York, NY 10019

Attorneys for Plaintiff
Joseph Cipollino

Jeffrey C. Block, Esq.
BERMAN, DeVALERIO & PEASE LLP
One Liberty Square
Boston, MA 02109

Joseph J. Tabacco, Jr., Esq.
BERMAN, DeVALERIO, PEASE &
   TABACCO
425 California Street
Suite 2025
San Francisco, CA 94104

Stephen D. Oestreich, Esq.
WOLF POPPER LLP
845 Third Avenue
12th Floor
New York, NY 10022

Attorneys for Plaintiff
Philip Schier

Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
4th Floor
New York, NY 10017

Attorneys for Plaintiff
Murray Zucker

Deborah R. Gross, Esq.
LAW OFFICES OF BERNARD M.
   GROSS, P.C.
1500 Walnut Street
6th Floor
Philadelphia, PA 19102

RECEIVED CLERK'S OFFICE 1999 JAN 11 A 11:44 PANEL ON MULTIDISTRICT LITIGATION

Emery E. Millikan, Esq.
BAILEY, PATTERSON, CADDELL,
  HART, MILLIKEN & BAILEY,
  P.A.
301 South McDowell Street
Suite 502
Charlotte, NC  28204-2622

Attorneys for Plaintiffs
Herbert Braker and Shirley
Chess

D. Brain Hufford, Esq.
POMERANTZ HAUDEK BLOCK
  GROSSMAN & GROSS LLP
100 Park Avenue
26th Floor
New York, NY  10017-5516

David Jaroslawicz, Esq.
JAROSLAWICZ & JAROS
150 William Street
New York, NY  10007

Attorneys for Plaintiff
Richard J. Goldman

Nancy Kaboolian, Esq.
ABBEY, GARDY & SQUITIERI, LLP
212 East 39th Street
New York, NY  10016

Nadeem Faruqi, Esq.
FARUQI & FARUQI, LLP
415 Madison Avenue
Suite 2100
New York, NY  10017

SCHIFFRIN CRAIG & BARROWAY,
  LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA  19004

Attorneys for Plaintiff
Selma Kaiser

James V. Bashian, Esq.
LAW OFFICES OF JAMES V.
  BASHIAN, P.C.
271 Route 46 West
Suite F-207
Fairfield, NJ  07004

Nancy Kaboolian, Esq.
ABBEY, GARDY & SQUITIERI, LLP
212 East 39th Street
New York, NY  10016

Attorneys for Plaintiff
Leo Luparello

Nancy Kaboolian, Esq.
ABBEY, GARDY & SQUITIERI, LLP
212 East 39th Street
New York, NY  10016

Alfred G. Yates, Jr., Esq.
LAW OFFICES OF ALFRED G.
  YATES, JR.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA  15219

Attorneys for Plaintiff
Eugene P. Salvati

Jeffrey C. Block, Esq.
Michael T. Matraia, Esq.
BERMAN DeVALERIO & PEASE
One Liberty Square
Boston, MA  02109

Lester L. Levy, Esq.
WOLF POPPER LLP
845 Third Avenue
12th Floor
New York, NY  10022

Attorneys for Plaintiff
Carol Lawson

Jonathan M. Plasse, Esq.
GOODKIND LABATON RUDOFF &
  SUCHAROW, LLP.
100 Park Avenue
12th Floor
New York, NY  10017-5563

Attorneys for Plaintiff
T. Robert Verkouteren

Barbara A. Podell, Esq.
SAVETT FRUTKIN PODELL & RYAN,
   P.C.
Constitution Place
In Society Hill
325 Chestnut Street
Suite 700
Philadelphia, PA  19106

Emery E. Millikan, Esq.
BAILEY, PATTERSON, CADDELL,
   HART, MILLIKEN  & BAILEY,
   P.A.
301 South McDowell Street
Suite 502
Charlotte, NC  28204-2622

RICHARD APPLEBY, ESQ.
39 Broadway
Suite 2705
New York, New York  10006

Attorneys for Plaintiff
Phyllis A. Belman

Clinton A. Krislov, Esq.
KRISLOV & ASSOCIATES, LTD.
222 North LaSalle Street
Suite 2120
Chicago, IL  60601

Robert C. Wilson, Esq.
WILSON & CAPE
105 South Commercial
P.O. Box 544
Harrisburg, IL  62946

Attorneys for Willard G.
Franks Trust

Jeffrey G. Smith, Esq.
WOLF HALDENSTEIN ADLER FREEMAN
   & HERZ LLP
270 Madison Avenue
New York, NY  10016

Attorneys for Eugene J. Howard
and Brian R. Butler

Marvin L. Frank, Esq.
RABIN & PECKEL, LLP
275 Madison Avenue
34th Floor
New York, NY  10016

Attorneys for Plaintiff
Kathryn M. Johnston

Robert J. Berg, Esq.
BERNSTEIN LIEBHARD & LIFSHITZ
10 East 40th Street
New York, New York  10016

Attorneys for Plaintiff
Michael Spitzer

Clinton A. Krislov, Esq.
KRISLOV & ASSOCIATES, LTD.
222 North LaSalle Street
Suite 2120
Chicago, IL  60601

Andrew J. Ogilvie, Esq.
KEMNITZER, ANDERSON, BARRON
   & OGILVIE
445 Bush Street
6th Floor
San Francisco, CA  94108

Attorneys for Plaintiff
Walter E. Ryan, Jr.

D. Brain Hufford, Esq.
POMERANTZ HAUDEK BLOCK
   GROSSMAN & GROSS LLP
100 Park Avenue
26th Floor
New York, NY  10017-5516

Andrew N. Friedman, Esq.
COHEN, MILSTEIN, HAUSFELD &
   TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005-3964

Attorneys for Plaintiff
Carl J. Mondello

Emery E. Millikan, Esq.
BAILEY, PATTERSON, CADDELL,
   HART, MILLIKEN  & BAILEY,
   P.A.
301 South McDowell Street
Suite 502
Charlotte, NC  28204-2622

Jeffrey S. Nobel, Esq.
SCHATZ & NOBEL, P.C.
216 Main Street
Hartford, CT 06106-1817

Attorneys for Plaintiff
Eleanor Satterfield

Curtis V. Trinko, Esq.
LAW OFFICES OF CURITS V.
    TRINKO, LLP
310 Madison Avenue
14th Floor
New York, NY 10017

Attorneys for Plaintiff
John W. Roob

Steven G. Schulman, Esq.
MILBERG WEISS BERSHAD HYNES &
  LERACH LLP
One Pennsylvania Plaza
New York, NY 10119-1065

William S. Lerach, Esq.
MILBERG WEISS BERSHAD HYNES
  & LERACH LLP
600 West Broadway
1800 One America Plaza
San Diego, CA 92101-5050

David R. Scott, Esq.
Brian J. Robbins, Esq.
SCOTT & SCOTT LLC
108 Norwich Avenue
Colchester, CT 06415

Marc H. Edelson, Esq.
HOFFMAN & EDELSON
45 West Court Street
Doylestown, PA 18901

Martin D. Chitwood, Esq.
CHITWOOD & HARLEY
2900 Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309

Attorneys for Plaintiff
Connie Middlekauff

Klari Neuwelt, Esq.
LAW OFFICES OF KLARI NEUWELT
110 East 59th Street
29th Floor
New York, NY 10022

Attorneys for Plaintiff
Bruce Montague

Warren R. Stern, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
30th Floor
New York, New York 10019

Michael P. Casey, Esq.
LEWIS, RICE & FINGERSH
500 North Broadway
Suite 2000
St. Louis, Missouri 63102

Attorneys for Defendants
BankAmerica Corp.; David A.
Coulter; James H. Hance, Jr.;
Hugh L. McColl; Hugh L.
McColl, Jr.; NationsBank
Corp.; James N. Roethe

Martin M. Green, Esq.
GREEN, SCHAAF & JACOBSON, P.C.
7733 Forsyth Boulevard
Suite 700
Clayton, Missouri 63105

Vincent R. Cappucci, Esq.
ENTWISTLE & CAPPUCCI, LLP
330 Madison Avenue
27th Floor
New York, New York 10017

_____
MARISA SANELLI

Sworn to before me this 8th
day of January, 1999

_____
Notary Public

**VIOLET D. GREENE**
Notary Public, State of New York
No. 31-4612348
Qualified in New York County
Commission Expires October 31, 1999

MDL DOCKET NO. 1264

THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN JANUARY 12, 1999

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

JUDICIAL PANEL MULTIDISTRICT LITIGATION
FILED
2 3 1999
PATRICIA D. HOWARD
CLERK OF THE PANEL

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____ This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

__X__ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____ This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

1/4/99
Date

Authorized Signature

* * * * * * * * * * * * * *

Name and Address of Attorney Designated to Present Oral Argument:

Plaintiff Carol Lawson

Telephone No.: (212) 451-9606

Party/Parties Represented:

Plaintiff Carol Lawson

RECEIVED CLERK'S OFFICE
1999 JAN -6 P 2:02
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (7/94)