JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

FEB 11 1999

FILED
CLERK'S OFFICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF MISSOURI

MDL-1264 -- IN RE BANKAMERICA CORP. SECURITIES LITIGATION

### CONSENT OF TRANSFEREE COURT

The United States District Court for the Eastern District of Missouri hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable John F. Nangle for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

_Jean C. Hamilton_
Chief Judge

Date: 2/8/99

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk**
**Judicial Panel on Multidistrict Litigation**
**Thurgood Marshall Federal Judiciary Building**
**One Columbus Circle, NE**
**Room G-255, North Lobby**
**Washington, D.C. 20002-8004**

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

IMAGED FEB 18 1999